Michael D. Rawlins
Nevada Bar No. 5467
**SMITH & SHAPIRO, PLLC**
333 East Serene Avenue, Suite 130
Henderson, Nevada 89074
Telephone: (702) 318-5033
Facsimile: (702) 318-5034
Email: mrawlins@smithshapiro.com

*Attorneys for Defendant R.C. Willey Home Furnishings, Inc.*
*dba R.C. Willey Financial Services*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TANA MAGEL, formerly known as TANA BARRE,<br><br>Plaintiff,<br><br>vs.<br><br>RICHLAND HOLDINGS, INC., d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation; R.C. WILLEY aka RC WILLEY FINANCIAL SERVICES, and DONNA ARMENTA d/b/a Donna Armenta Law;<br><br>Defendants. | CASE NO.: 2:18-CV-00753-APG-GWF<br><br>**STIPULATION & ORDER FOR EXTENSION OF TIME FOR R.C. WILLEY TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT 15 § 1692, ET. SEQ. AND RELATED STATE LAWS AND JURY DEMAND**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED, by and between the undersigned counsel, that Defendant R.C. Willey Home Furnishings, Inc. dba R.C. Willey Financial Services ("RC Willey") shall have until Thursday, May 31, 2018, to file and serve its response to *Plaintiff's Complaint for Damages Pursuant to the Fair Debt Collection Practices Act 15 § 1692, Et. Seq. and Related State Laws and Jury Demand*. Under F.R.C.P. 12 (a), that response would normally be due May 17, 2018.

///

///

///

1

Counsel for RC Willey has just been retained and needs additional time to discuss this matter with his client and formulate a response. The parties agree this Stipulation is being submitted in good faith and not for purposes of delay, and that this Stipulation is made in accordance with Local Rule 7-1 and for good cause.

Dated this 15th day of May, 2018.

**SMITH & SHAPIRO, PLLC**

By: /s/ *Michael D. Rawlins*
Michael D. Rawlins
Nevada Bar No. 5467

*Attorneys for R.C. Willey Home Furnishings, Inc. dba R.C. Willey Financial Services*

Dated this 15th day of May, 2018.

**THE LAW OFFICE OF VERNON NELSON**

By: /s/ *Melissa Ingleby*
Melissa Ingleby
Nevada Bar No. 12935

*Attorneys for Plaintiff*

IT IS SO ORDERED:

*George Foley Jr.*

UNITED STATES MAGISTRATE JUDGE

DATED: 5-16-2018