| | |
|---|---|
| 1 | **Marquis Aurbach Coffing** |
| 2 | Terry A. Coffing, Esq. |
|   | Nevada Bar No. 4949 |
| 3 | Chad F. Clement, Esq. |
|   | Nevada Bar No. 12192 |
| 4 | Jared M. Moser, Esq. |
|   | Nevada Bar No. 13003 |
| 5 | 10001 Park Run Drive |
|   | Las Vegas, Nevada 89145 |
| 6 | Telephone: (702) 382-0711 |
|   | Facsimile: (702) 382-5816 |
| 7 | tcoffing@maclaw.com |
|   | cclement@maclaw.com |
| 8 | jmoser@maclaw.com |
|   | *Attorneys for Richland Holdings, Inc. d/b/a* |
| 9 | *AcctCorp of Southern Nevada and* |
|   | *Donna Armenta d/b/a Donna Armenta Law* |

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| TANA MAGEL, formerly known as TANA BARRE, | |
| Plaintiff, | Case No.: 2:18-cv-00753-APG-GWF |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation; R.C. WILLEY aka RC WILLEY FINANCIAL SERVICES, and DONNA ARMENTA d/b/a DONNA ARMENTA LAW, | **(FIRST REQUEST)** |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff Tana Magel, fka Tana Barre, through her counsel of record, the Law Office of Vernon Nelson, and defendants Richland Holdings, Inc. d/b/a Acctcorp of Southern Nevada ("AcctCorp") and Donna Armenta d/b/a Donna Armenta Law ("Armenta"), hereby stipulate to extend the time for AcctCorp and Armenta to respond to the complaint to June 8, 2018.

IT IS SO STIPULATED.

Dated this 17th day of May, 2018.              Dated this 17th day of May, 2018.

MARQUIS AURBACH COFFING                        THE LAW OFFICE OF VERNON NELSON

By: /s/ Chad F. Clement                        By: /s/ Melissa Ingleby
   Terry A. Coffing, Esq.                         Vernon A. Nelson, Jr. Esq.
   Nevada Bar No. 4949                            Nevada Bar No. 6434
   Chad F. Clement, Esq.                          Melissa Ingleby, Esq.
   Nevada Bar No. 12192                            Nevada Bar No. 12935
   Jared M. Moser, Esq.                           9480 S. Eastern Ave., Ste. 252
   Nevada Bar No. 13003                            Las Vegas, NV 89123
   10001 Park Run Drive                            Tel: 702-476-2500
   Las Vegas, Nevada 89145                         Fax: 702-476-2788
   *Attorneys for Richland Holdings, Inc. d/b/a*   vnelson@nelsonlawfirmlv.com
   *AcctCorp of Southern Nevada and Donna*         mingleby@nelsonlawfirmlv.com
   *Armenta d/b/a Donna Armenta Law*               *Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

AcctCorp's and Armenta's new deadline to respond to the complaint shall be June 8, 2018.

DATED this 18th day of May, 2018.

                                                                   UNITED STATES MAGISTRATE JUDGE

*Richland Holdings, Inc. d/b/a*
*AcctCorp of Southern Nevada and*
                                   *Donna Armenta d/b/a Donna Armenta Law*