**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
*Attorneys for Richland Holdings, Inc. d/b/a
AcctCorp of Southern Nevada and
Donna Armenta d/b/a Donna Armenta Law*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| TANA MAGEL, formerly known as TANA BARRE,<br><br>Plaintiff,<br><br>vs.<br><br>RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation; R.C. WILLEY aka RC WILLEY FINANCIAL SERVICES, and DONNA ARMENTA d/b/a DONNA ARMENTA LAW,<br><br>Defendants. | Case No.: 2:18-cv-00753-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 2

MAC:14665-009 3428304_1 6/15/2018 11:43 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Plaintiff Tana Magel, fka Tana Barre ("Plaintiff"), through her counsel of record, the Law Office of Vernon Nelson, and defendants Richland Holdings, Inc. d/b/a Acctcorp of Southern Nevada ("AcctCorp") and Donna Armenta d/b/a Donna Armenta Law ("Armenta"), hereby stipulate to extend the time for AcctCorp and Armenta to respond to the Complaint [ECF No. 1] to June 29, 2018.

The parties submit that good cause exists for this extension because Plaintiff previously expressed an intention to amend the Complaint, and the parties agreed AcctCorp and Armenta would be given three weeks from the date the anticipated amended complaint was filed and served within which to respond. Plaintiff, however, decided not to amend but has agreed to the extension previously contemplated.

IT IS SO STIPULATED.

Dated this 15th day of June, 2018.

MARQUIS AURBACH COFFING

By: /s/ Jared M. Moser
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada and Donna Armenta d/b/a Donna Armenta Law*

Dated this 15th day of June, 2018.

THE LAW OFFICE OF VERNON NELSON

By: /s/ Melissa Ingleby
Vernon A. Nelson, Jr. Esq.
Nevada Bar No. 6434
Melissa Ingleby, Esq.
Nevada Bar No. 12935
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV 89123
Tel: 702-476-2500
Fax: 702-476-2788
vnelson@nelsonlawfirmlv.com
mingleby@nelsonlawfirmlv.com
*Attorneys for Plaintiff*

## **ORDER**

**IT IS SO ORDERED.**

AcctCorp's and Armenta's new deadline to respond to the complaint shall be June 29, 2018.

DATED this 18th day of June, 2018.

*/s/ George Foley Jr.*

UNITED STATES MAGISTRATE

MAC:14665-009 3428304_1 6/15/2018 11:43 AM