VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
MELISSA INGLEBY, ESQ.
Nevada Bar. No.: 12935
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV  89123
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
         mingleby@nelsonlawfirmlv.com
*Attorney for Plaintiff Tana Magel fka Tana Barre*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TANA MAGEL, formerly known as TANA BARRE,<br><br>Plaintiff,<br><br>v.<br><br>RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation; R.C. WILLEY aka RC WILLEY FINANCIAL SERVICES, and DONNA ARMENTA d/b/a Donna Armenta Law,<br><br>Defendants. | Case No.: 2:18-cv-00753-APG-GWF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS RICHLAND HOLDINGS. INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, R.C. WILLEY aka RC WILLEY FINANCIAL SERVICES, and DONNA ARMENTA d/b/a DONNA ARMENTA LAW WITH PREJUDICE** |

Plaintiff TANA MAGEL, formerly known as TANA BARRE ("Plaintiff"), and Defendants RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, R.C. WILLEY aka RC WILLEY FINANCIAL SERVICES, and DONNA ARMENTA d/b/a Donna Armenta Law shall be dismissed from this action, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

///

///

///

///

Each party shall bear his or its own attorneys' fees and costs incurred herein.

DATED this 6th day of August, 2018

THE LAW OFFICE OF VERNON NELSON

By: */s/Vernon Nelson*
   VERNON A. NELSON, JR., ESQ.
   Nevada Bar No.: 6434
   MELISSA INGLEBY, ESQ.
   Nevada Bar No.: 12935
   9480 S. Eastern Ave., Ste. 252
   Las Vegas, NV 89123
   Tel.: 702-476-2500
   Fax : 702-476-2788
   Email: vnelson@nelsonlawfirmlv.com
   Email: mingleby@nelsonlawfirmlv.com
   *Attorney for Plaintiff Tana Magel fka Tana Barre*

DATED this 6th day of August, 2018

MARQUIS AURBACH COFFING

By: */s/ Chad F. Clement*
   Terry A. Coffing, Esq.
   Nevada Bar No. 4949
   Chad F. Clement, Esq.
   Nevada Bar No. 12192
   Jared M. Moser, Esq.
   Nevada Bar No. 13003
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   *Attorneys for Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada and Donna Armenta d/b/a Donna Armenta Law*

DATED this 6th day of August, 2018

SMITH & SHAPIRO, PLLC

By: */s/ Michael Rawlins*
   Michael D. Rawlins, Esq.
   Nevada Bar No. 5467
   3333 E. Serene Ave., Suite 130
   Henderson, NV 89074
   Email: mrawlins@smithshapiro.com
   *Attorney for R.C. Willey Home Furnishings*

**ORDER**

**IT IS SO ORDERED** per the stipulation of the parties, Defendants RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, R.C. WILLEY aka RC WILLEY FINANCIAL SERVICES, and DONNA ARMENTA d/b/a Donna Armenta Law shall be dismissed from this action with prejudice.

**IT IS FURTHER ORDERED** per the stipulation of the parties, Plaintiff TANA MAGEL, formerly known as TANA BARRE and Defendants RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, R.C. WILLEY aka RC WILLEY FINANCIAL SERVICES, and DONNA ARMENTA d/b/a Donna Armenta Law, shall bear their own costs and attorney's fees.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: August 7, 2018.

CASE NO.: 2:18-cv-00753-APG-GWF